Real Time Resolutions, Inc.
1750 Regal Row, Suite 120
P.O. Box 36655
Dallas, TX 75235
Phone No. (214) 599-6363
Facsimile No. (214) 599-6388

Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 09-15510 |
| | ) | Chapter 13 |
| MICHAEL ANDERSON | ) | |
| JANET L ANDERSON | ) | |
| | ) | NOTICE OF TRANSFER OF CLAIM |
| | ) | |
| | ) | [B.R. 3001 (e)] |
| | ) | (No Hearing Required) |

**TO THE UNITED STATES BANKRUPTCY COURT, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Pursuant to Bankruptcy Rule 3001 (e) claim number 4 of BAC Home Loans Servicing, L.P. (Transferor) in the amount of $129,191.20, Loan #XXXX1572, located at 7105 Corporate Drive Mail Stop PTX-C-35_Plano, TX 75024 was transferred to:

Real Time Resolutions, Inc.
1750 Regal Row, Suite 120
P.O. Box 36655
Dallas, TX 75235
(214) 599-6363

Based on the transfer, Real Time Resolutions, Inc. (Transferee) requests that the Trustee forward payments to the Transferee, Real Time Resolutions, Inc.

If there are no objections filed within twenty (20) days from the date of this notice, the transferee shall be substituted for the transferor pursuant to bankruptcy rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge.

**Dated: January 6, 2011**                                                                                      **By: /s/ Angela Jump**